**Hassan RASHIDIAN, Plaintiff—Appellant,**

v.

**Wayne K. WILLIS, DHS District Director, Southern District California; et al., Defendants—Appellees.**

No. 07–55371.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 28, 2009.

Hassan Rashidian, Upland, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dianne Schweiner, Esq., Office of the U.S. Attorney, San Diego, CA, Cyril E. Armbrister, Jr., Esq., Gordon & Rees, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Hassan Rashidian appeals pro se from the district court's summary judgment in his *Bivens* action alleging deliberate indifference to his safety while he was a detainee at an Immigration and Customs Enforcement Service Processing Center. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Beene v. Terhune,* 380 F.3d 1149, 1150 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment to defendant Reclosado because Rashidian failed to raise a triable issue as to whether Reclosado knew of and disregarded an excessive risk to Rashidian's health or safety. *See Gibson v. County of Washoe, Nev.,* 290 F.3d 1175, 1187 (9th Cir.2002); *see also School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.,* 5 F.3d 1255, 1264 (9th Cir. 1993) (discussing circumstances under which a nonmoving party may not substitute an affidavit alleging helpful facts for earlier deposition testimony harmful to its case in order to avoid summary judgment).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Rashidian's remaining contentions are unpersuasive.

**AFFIRMED.**